No. 832. GOTHAM CAN CO. *v.* UNITED STATES. Petition submitted May 26, 1930. Decided June 2, 1930. *Per Curiam:* The petition for a writ of certiorari is dismissed for the want of jurisdiction, because of failure to file the petition within the time prescribed by statute. *United States* v. *Lippman, Spier & Hahn,* 260 U. S. 739; *Hooper* v. *United States,* 274 U. S. 743; *Rust Land & Lumber Co.* v. *Jackson,* 250 U. S. 71, 76. *Mr. Joseph R. Little* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 944. GREAT LAKES BROADCASTING CO. *v.* FEDERAL RADIO COMMISSION;

No. 945. VOLIVA *v.* SAME; and

No. 946. AGRICULTURAL BROADCASTING CO. V. SAME. June 2, 1930. *Per Curiam:* The petition for writs of certiorari in these cases is dismissed. *Federal Radio Commission* v. *General Electric Company et al., ante,* p. 464. *Messrs. Harry Eugene Kelly, Thornton M. Pratt,* and *Carl H. Zeiss* for petitioners. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Mr. Claude R. Branch* for respondent.